IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC.  )
                        )   No. 3-10-0234
v.                      )
                        )
RYAN HOWELL             )

O R D E R

By notice issued contemporaneously with the filing of the complaint in this case, the initial case management conference was scheduled on April 19, 2010. Prior thereto, counsel called the office of the undersigned to request that the initial case management conference be rescheduled until after the preliminary injunction hearing now scheduled on June 23, 2010. Rather than rescheduling the initial case management conference, upon the Court's request, counsel for the parties called the Court on April 19, 2010, at which time they advised that the forensic evaluation has been completed and revealed that there were not any of the plaintiff's materials on the computer at the defendant's current place of employment. As a result, the parties are focusing on whether or not a resolution of this case can be reached and, although they have exchanged written discovery, they have deferred taking depositions in hopes of saving unnecessary expense.

Counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, April 27, 2010, at 2:00 p.m.,** to be initiated by plaintiff's counsel, to address whether the parties have reached a full settlement, and, if not, to address any outstanding issues, if appropriate.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge