IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC. )
) No. 3-10-0234
v. )
)
RYAN HOWELL )

O R D E R

Pursuant to the order entered April 20, 2010 (Docket Entry No. 38), counsel for the parties called the Court on April 27, 2010, at which time they advised that a representative of the defendant's current employer has agreed to participate in a business meeting May 10-12, 2010, in Nashville, in an attempt to reach a resolution of the case.

After that meeting, the parties may want to participate in a settlement conference prior to the June 23, 2010, hearing on the plaintiff's motion for preliminary injunction.

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, May 13, 2010, at 12:00 noon,** to address whether the parties have reached a settlement and, if not, whether they want to participate in a settlement conference or other form of ADR.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge