IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC. )
)  No. 3-10-0234
v. )
)
RYAN HOWELL )

O R D E R

Pursuant to the order entered May 5, 2010 (Docket Entry No. 39), counsel for the parties called the Court on May 13, 2010, at which time they reported that the principals of the parties, along with the defendant's new employer, Emdeon, had met on May 12, 2010, and, as a result, they expected that they would be able to resolve the case within 2-3 weeks.

Upon the parties' request and in consultation with the office of the Honorable John T. Nixon, the hearing on the plaintiff's motion for preliminary injunction, scheduled by order entered April 13, 2010 (Docket Entry No. 37), on June 23, 2010, is CANCELLED. The hearing will be rescheduled in the event that the parties are not able to reach a full settlement in this case.

Counsel for the parties shall convene another telephone conference call with the Court on **Monday, June 7, 2010, at 12:00 noon,** to address whether the parties have reached a full settlement and, if so, when they will file an agreed order of dismissal or other appropriate captioned settlement/dismissal document.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge