IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC().  )
)   No. 3-10-0234
v.  )
)
RYAN HOWELL  )

O R D E R

Pursuant to the order entered May 17, 2010 (Docket Entry No. 40), a telephone conference call with counsel for the parties was held on June 7, 2010, at which time they advised that, on May 26, 2010, plaintiff's counsel had sent a proposed settlement agreement to defendant's counsel, but that defendant's counsel had not yet had the opportunity to respond to the plaintiff's proposal.

No later than June 14, 2010, the defendant shall respond to the plaintiff's proposal.

Counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, June 15, 2010, at 4:00 p.m.,** to address whether the parties believe that they will be able to enter into a settlement agreement in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge