IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC. )
) No. 3-10-0234
v. )
)
RYAN HOWELL )

O R D E R

Pursuant to the order entered June 8, 2010 (Docket Entry No. 41), a telephone conference call was held with counsel for the parties and the Court on June 15, 2010, at which time counsel advised that the defendant responded to the plaintiff's proposal on June 14, 2010, and that, although one issue is unresolved, they remain hopeful that the parties will be able to reach a full resolution of this case, and that they will know by June 22, 2010, whether they will be able to reach a settlement.

A further telephone conference call is scheduled with counsel for the parties and the Court on **Tuesday, June 22, 2010, at 1:00 p.m.,** to address whether the parties have reached a settlement and, if not, whether or not they believe that a settlement will be reached, and, if not, to address rescheduling a hearing on the plaintiff's motion for preliminary injunction (Docket Entry No. 6) and scheduling the remaining progression of the case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge