IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACCRETIVE HEALTH, INC.    )
                          )   No. 3-10-0234
v.                        )
                          )
RYAN HOWELL               )

O R D E R

On June 25, 2010, the parties filed a stipulation and order of dismissal with prejudice (Docket Entry No. 44).

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' stipulation and order of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge