THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ACCRETIVE HEALTH, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff; | ) ) Case No. 3:10-cv-0234 |
| v. | ) ) Judge Nixon ) |
| RYAN HOWELL, an Individual, | ) Magistrate Judge Griffin ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel for the counsel below, that this matter has been resolved. It further appears to the Court that the parties have agreed to the entry of this Stipulation and Order of Dismissal which has been considered and approved by the Court herein.

The parties having so agreed and having requested entry of this Stipulation and Order of Dismissal, and for good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that the Complaint is dismissed with prejudice. The Court retains jurisdiction over this action to enforce the terms of this Stipulation and Order of Dismissal and the settlement agreement between the parties. Each side shall bear its own costs and attorney's fees.

JOHN NIXON
Senior Judge, United States District Court